1072

[Nos. 49641-7-I; 50138-1-I.   Division One.   July 21, 2003.]

JOHN M. MORBECK, ET AL., *Respondents*, v. KIRLAN VENTURE CAPITAL, INC., ET AL., *Appellants*.

KIRLAN VENTURE CAPITAL, INC., *Appellant*, v. DANIEL C. REGIS, ET AL., *Respondents*.

Appeals from judgments of the Superior Court for King County, No. 01-2-10569-8, Suzanne M. Barnett, J., entered December 12, 2000, February 13, March 13, October 17 and 29, and November 8, 2001, and January 4, February 26, and March 6 and 7, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Cox and Schindler, JJ.

[No. 49937-8-I.   Division One.   July 21, 2003.]

COURTNEY ASPEGREN, *Appellant*, v. SHARON MALLORY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-12808-6, Gregory P. Canova, J., entered January 4, 2002. *Reversed* by unpublished per curiam opinion.

[No. 50061-9-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *on the relation of L.F., et al.*, *Respondent*, v. AHMED FARAH MOHAMED, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 01-5-00394-2, Robert Stead, J. Pro Tem., entered February 5, 2002. *Affirmed* by unpublished per curiam opinion.